JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THRU TUBING DOWNHOLE SOLUTION CORP, a Texas corporation, and JASON TYSON, an individual,<br><br>Defendants. | Case No. 8:23-cv-02283-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 14]" entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Defendant Jason Tyson is **DISMISSED.**

3. Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR,** and **AGAINST** Defendant Thru Tubing Downhole Solution Corp in in the amount of **$259,814.97** (consisting of the combined principal amount due of $218,382.76; prejudgment interest of $29,531.64; litigation costs of $504.00; and attorneys' fees of $11,396.57).

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 23, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE