JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THRU TUBING DOWNHOLE SOLUTION CORP, a Texas corporation, and JASON TYSON, an individual,<br><br>Defendants. | Case No. 8:23-cv-02283-JWH-ADS<br><br>**AMENDED JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Unopposed Motion for Default Judgment," entered substantially concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    This Amended Judgment shall **REPLACE** the Judgment entered in the above-captioned action on or about December 23, 2024 (the "Previous Judgment").  The Previous Judgment is **VACATED**.

2.    This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

3.    Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Jason Tyson and Thru Tubing Downhole Solution Corp., jointly and severally, in the amount of **$282,285.15** (consisting of the combined principal amount due of $217,507.68; prejudgment interest of $56,224.32; litigation costs of $603.00; and attorneys' fees of $7,950.15).

4.    Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: _March 18, 2026_

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE